**BULLOCK v. STATE.    (8 Div. 111.)**

(Court of Appeals of Alabama.    May 20, 1924.)

**Indictment and information ⚌19—Indictment in Code form held sufficient.**

Indictment for forgery in Code form *held* sufficient.

Appeal from Circuit Court, Madison County; Jas. E. Horton, Jr., Judge.

Ross Bullock was convicted of forgery, and appeals. Affirmed.

The indictment is as follows:

"The grand jury of said county charge that before the finding of this indictment Ross Bullock, with intent to injure or defraud, did falsely make, alter, forge or counterfeit an instrument in writing in words and figures substantially as follows: 'Huntsville, Ala. 12/18/1922, No. ———. Farmers' State Bank of Huntsville, Alabama, 61–78. Pay to the order of W. N. Turner $9.00 nine dollars for halling loge, W. H. Ikard.' Or with intent to injure or defraud did utter and publish as true the said falsely made, altered, forged or counterfeited instrument in writing knowing the same to be so made, altered, forged or counterfeited, against the peace and dignity of the state of Alabama."

R. E. Smith, of Huntsville, for appellant.

No brief reached the Reporter.

Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

The indictment was not subject to demurrer. Jennings v. State, 17 Ala. App. 640, 88 South. 187.

---

BRICKEN, P. J. From the record proper, upon which the appeal is predicated, we find the only question presented for the consideration of this court is the action of the court in overruling demurrers to the indictment.

The indictment was in Code form and was not subject to the demurrers interposed. Jennings v. State, 17 Ala. App. 640, 88 South. 187.

The record proper is free from error; therefore the judgment appealed from will be affirmed.

Affirmed.